FILED
2007 JUL 30 PM 12:19
U.S. DISTRICT COURT
W.D.N.Y. - BUFFALO

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARK EDWARDS, 05A1980,

        Plaintiff,

-v-

C.O. SKELLY; C. O. ROBYCK; C. O. ZWICKI;
JOHN DOE, Dark haired, white male Sgt.
working 7/23/06 A-1 Block exercise run;
and NURSE WEAVER, P.A.,

        Defendants.

**DECISION and ORDER**
07-CV-6343Fe

Plaintiff, who is incarcerated in the Rikers Island Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint and motion for temporary restraining order have been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

Plaintiff has filed a motion for temporary restraining order that involves Southport Correctional Facility, but he is not currently located at Southport because he is housed at Rikers Island during a court trip. Therefore, the motion for temporary restraining order is denied without prejudice to plaintiff renewing the motion should he be returned to Southport.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the

named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

SO ORDERED.

Dated: _07/30_, 2007
Buffalo, New York

_____
WILLIAM M. SKRETNY
United States District Judge