UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK EDWARDS,

                        Plaintiff,

                                                  DECISION AND ORDER

                                                  07-CV-6343L

                        v.

C.O. SKELLY, et al.,

                        Defendants.
_____

The *pro se* plaintiff in this case, Mark Edwards, has filed a motion for summary judgment (Dkt. #42). Plaintiff's motion is denied. Summary judgment will be granted only if the moving party succeeds in demonstrating that "there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c). Plaintiff's conclusory assertion that defendants have not presented a viable defense is plainly insufficient to meet that burden.

**CONCLUSION**

Plaintiff's motion for summary judgment (Dkt. #42) is denied.

IT IS SO ORDERED.

                                                _____
                                                DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        October 26, 2010.